UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

STEVEN WEVODAU,

    Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 4 2009

08 Civ. 8348 (GBD)

## [PROPOSED] ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Fees and Expenses of Tax Administrator and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

IT IS HEREBY ORDERED:

1. The Clerk of the Court shall issue a check on Court Registry Fund Number 604700, Account 08 Civ. 8348 (GBD), under the case name designation "SEC v. Steven Wevodau"" for the amount of $850 payable to Damasco & Associates, for the payment of the fees and expenses of the Tax Administrator as provided in the Declaration. The check shall contain the notation "SEC v. Steven Wevodau, 08 CV 8348 (GBD)", the employer identification number (26-3736849), payment identification (*e.g.*, "Tax Administrator fees for 2008 Tax Return").

2. The Clerk shall send the check by overnight mail to:

    Damasco & Associates
    244 Jackson Street, Fourth Floor
    San Francisco, CA 94111
    Phone: 415-217-4900

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: MAY 1 4 2009

                                              _____
                                              UNITED STATES DISTRICT JUDGE
                                              HON. GEORGE B. DANIELS